JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY FUSCHILLO,

                Plaintiff,

            v.

FRANK BISIGNANO,
Commissioner of Social Security
Administration,

                Defendant.

Case No. 2:25-cv-01564-SP

**JUDGMENT**

      Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is dismissed with prejudice.

Dated: March 31, 2026

SHERI PYM
United States Magistrate Judge

1